# KRASELNIK & LEE, PLLC
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
FAX: 212-400-7162

---

Robert L. Kraselnik, Esq.
Direct: 212-400-7161
Email: robert@kraselnik.com

C.K. Lee, Esq.
Direct: 212-400-7214
Email: leechienkuo@yahoo.com

July 16, 2009

*[Handwritten note: Aug 4 for pre [illegible]. As indicated on the record, 7/16/09, I approved the settlement. 7/16/09]*

**Via Hand Delivery**
Hon. Alvin K. Hellerstein, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10027

Re:   Colon, et al. v. Faesian Inc. et al. (09-CV-0342)(AKH)

Dear Judge Hellerstein:

   This firm represents the plaintiffs in this matter. We write pursuant to Your Honor's July 13, 2009 Order directing us to represent: (1) the amount of attorneys fees' agreed to be paid in the proposed settlement and (2) whether any consideration in addition to those fees and the amounts payable to the plaintiffs will be paid.

   The total amount of attorneys' fees and costs to be paid is $6,500. This is broken out as follows:

   Fees totaling $5,950 (17 hours at $350 per hour);

   Costs totaling $550 (for filing and service fees).

Other than these fees and costs, and the amounts payable to plaintiffs (which are delineated in Kevin Doherty's letter to Your Honor dated July 7, 2009), there is no other consideration to be paid.

   We thank Your Honor for considering this matter.

Respectfully submitted,

Robert L. Kraselnik

cc:   Kevin M. Doherty (via Hand Delivery)

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DATE FILED: 7/16/09